MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-cr-368-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date:  October 21, 2008 |
| | ) | Time:  10:00 a.m. |
| JERROD STRANAHAN, | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, Jerrod Stranahan, through his undersigned attorney, and the United States, agree and stipulate that the trial confirmation hearing currently scheduled for October 21, 2008 at 9:00 a.m., and the current trial date of November 3, 2008, should be vacated and a new trial confirmation hearing be set for February 3, 2009 at 10:00 a.m. The parties also agree and stipulate that a new trial date be set for February 23, 2009 at 10:00 a.m.

///
///
///
///
///
///

1

1    The government is requesting the continuance of the trial

2    confirmation and jury trial because of the unavailability of the

3    government's supervising counsel, S. Robert Tice-Raskin.   The requested

4    continuance will also allow time for the alleged marijuana to be tested

5    by Chico Laboratory and for government to notice the defense of an

6    expert expected to testify at trial.   The time will also allow defense

7    to review the analysis and to prepare an adequate defense.

8    The parties agree that time should be excluded under the Speedy

9    Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4]

10   from October 20, 2008, up to and including the next scheduled court

11   appearance on February 23, 2009.   The parties further stipulate that

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   the ends of justice are met by excluding time and that the public's

2   interest in having a trial within 70 days is exceeded by the need for

3   continuity of government's counsel and both the United States' and the

4   defendant's need to prepare.

5   Dated: October 20, 2008          Respectfully submitted,

6                                    MCGREGOR W. SCOTT
                                     United States Attorney
7

8                                     /s/ Kyle Reardon for
                                     S. Robert Tice-Raskin
9                                    S. ROBERT TICE-RASKIN
                                     Assistant U.S. Attorney
10                                   [Read And Approved per L.R. 83-141]

11                                    /s/ Jennifer Davis
                                     JENNIFER E. DAVIS
12                                   Certified Law Student

13

14  Dated: October 20, 2008          DANIEL BRODERICK
                                     Federal Defender
15

16                                    /s/ Michael Petrik
                                     MICHAEL PETRIK, JR.
17                                   Staff Attorney/Misdemeanor Unit
                                     Attorneys for JERROD STRANAHAN
18
                                        **ORDER**
19  **IT IS SO ORDERED.**

20  DATED: October 20, 2008.

21

22                                   _____

23                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26  Ddad1/orders.criminal/stranahan0368.ord

27

28

                                       3